

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00108-CV

**In The Interest Of N.I.V.S. And M.C.V.S., Minor Children,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20008
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On February 18, 2014, appellant filed two motions in this court. In the first, he asks this court to issue temporary orders pending resolution of the appeal. More specifically, he asks that we issue orders: (1) instituting a standard possession order so that appellant may have visitation with the children; (2) enjoining appellee "from institution an adoption cause of action pending the appeal of this case"; and (3) mandating therapy for appellant and the children. Appellant contends these orders are necessary to preserve his rights, and thus are appropriate under rule 24.4(c) of the Texas Rules of Appellate Procedure. After review, we **DENY** appellant's motion for temporary orders.

In his second motion, appellant asks that we give this appeal precedence. In support of this request, appellant cites section 56.01(h) of the Texas Family Code. However, that provision is not applicable to this appeal. Rather, the section relied upon by appellant is applicable to cases involving juveniles who have been involved in delinquency matters in the juvenile court. Accordingly, we also **DENY** appellant's motion asking that we give this appeal precedence.

We **order** the clerk of this court to serve copies of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court